IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

L.T., etc., et al.,

      Plaintiffs,

v.                                  CASE NO. 4:08cv332-RH/WCS

JUDY MANDRELL, et al.,

      Defendants.

_____/

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

The defendants' unopposed motions (documents 11, 12, 13, and 14) for an extension of time to respond to the plaintiff's complaint are GRANTED. The deadline is extended to September 6, 2008.

SO ORDERED on August 26, 2008.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge